UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Cr. No. 7:17-cr-00058-BO-1

v.

ORDER TO SEAL

ENRICO FERRANTE COTTON

Defendant.

_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 21 in the above-captioned case be sealed.

This the 2 day of October, 2017.

Terrence Boyle
UNITED STATES DISTRICT JUDGE