UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Enrico Ferrante Cotton**             **Docket No. 7:17-CR-58-1BO**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Enrico Ferrante Cotton, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and a Quantity of Fentanyl and Cocaine, 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on October 4, 2017, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Enrico Ferrante Cotton was released from custody on October 30, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 20, 2023, the defendant tested positive for the use of marijuana, and the results were confirmed by the national laboratory on December 27, 2023. When confronted, Cotton denied use and refused to sign an admission form acknowledging the same. As a result of Cotton's noncompliance and to address any future substance related issues, the probation office is recommending Cotton's conditions be modified to include urinalysis testing, substance abuse treatment and enrollment in the surprise urinalysis program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Enrico Ferrante Cotton
Docket No. 7:17-CR-58-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: January 5, 2024

## ORDER OF THE COURT

Considered and ordered this ___1___ day of ___January___, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge